UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TROY JEFFREY COXTON,**

    Plaintiff,

                                Civil No.**08-10409**
                                Hon. John Feikens

    v.

**WM. SPECIALTY MORTGAGE, LLC**,

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **9/2/2008**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                            **s/John Feikens**
                                            John Feikens
                                            United States District Judge

Dated: October 23, 2008

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 23, 2008.

s/Carol Cohron
Deputy Clerk